DEQUON LETRAY BOYD, )
)
      Petitioner, )
)
v. )     No.:  1:19-CV-249-TAV-CHS
)
TONY MAYS, )
)
      Respondent. )

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, Respondent's motion to dismiss this pro se prisoner's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 [Doc. 6] is **GRANTED** and this action **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. A certificate of appealability **SHALL NOT** issue. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**ENTER:**


s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
s/ John L. Medearis
CLERK OF COURT